1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  Christopher T. Casamassima (SBN 211280)
   chris.casamassima@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
5  Los Angeles, CA 90071
   Telephone: +1 213-443-5300
6  Facsimile: +1 213-443-5400

7  William F. Lee (*pro hac vice* forthcoming)
   william.lee@wilmerhale.com
8  Felicia H. Ellsworth (*pro hac vice* forthcoming)
   felicia.ellsworth@wilmerhale.com
9  WILMER CUTLER PICKERING
      HALE AND DORR LLP
10 60 State Street
   Boston, MA 02109
11 Telephone: +1 617-526-6000
   Facsimile: +1 617-526-5000
12

13 Noah Levine (*pro hac vice* forthcoming)
   noah.levine@wilmerhale.com
14 Alan E. Schoenfeld (*pro hac vice* forthcoming)
   alan.schoenfeld@wilmerhale.com
15 WILMER CUTLER PICKERING
      HALE AND DORR LLP
16 7 World Trade Center
   250 Greenwich Street
17 New York, NY 10007
   Telephone: +1 212-230-8800
18 Facsimile: +1 212-230-8888

19 Attorneys for Defendant Sony Pictures Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Steven Shapiro, individually and on behalf of all others similarly situated, | Case No. 2:14-cv-09762 JAK (VBKx) |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| Sony Pictures Entertainment, Inc., | Hon. John A. Kronstadt |
| Defendant. | |

Notice of Appearance
Case No.  2:14-cv-09762 JAK (VBKx)

1   PLEASE TAKE NOTICE that David C. Marcus, of Wilmer Cutler Pickering
2   Hale and Dorr LLP, hereby enters his appearance as attorney of record for
3   Defendant Sony Pictures Entertainment, Inc. in the above-captioned matter.

5   Dated: December 29, 2014          WILMER CUTLER PICKERING HALE AND DORR LLP

    By: /s/ *David C. Marcus*_____
          David C. Marcus

    Attorney for Defendant Sony Pictures Entertainment, Inc.

-1-